ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2011 AUG -1  PM 3: 29

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:11-CR-115-A |
| | § | |
| LOUIS E. GRAY  (1) | § | |

### GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Notice Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that Louis E. Gray ("Gray"), is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that Gray receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because Gray assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty,

thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES OF ATTORNEY

*[signature]*

Alex C. Lewis
Assistant United States Attorney
Missouri Bar No. 47910
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102-6897
Tel: 817.252.5200
Fax: 817.252-5455
Alex.Lewis@usdoj.gov

## CERTIFICATE OF CONFERENCE

On the 1st day of August 2011, I conferred with William Biggs, regarding this notice, and he supports filing the notice.

*[signature]*

Alex C. Lewis
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this 1st day of August 2011, served upon William Biggs, counsel of record for the defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure by U.S. Mail, and a copy was hand-delivered to the U.S. Probation Office.

*[signature]*

Alex C. Lewis
Assistant United States Attorney