ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2011 SEP 16 PM 3:34

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:11-CR-115-A |
| LOUIS E. GRAY (01) | § | |

## GOVERNMENT'S MOTION TO REQUEST EXTENSION OF PRESENTENCE REPORT DISCLOSURE DATE

TO THE HONORABLE JUDGE JOHN MCBRYDE, UNITED STATES DISTRICT JUDGE:

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this Government's Motion to Request Extension of Presentence Report Disclosure Date, and would respectfully show this Court as follows:

The Presentence Report (PSR) in the above-mentioned case is due to the Court by September 19, 2011. The computer forensic examination on the Defendant's computer media has yet to determine several factors which would effect the guideline calculation. The computer forensic agent and the probation officer assigned to this PSR have a

meeting scheduled for September 22, 2011. The government requests a continuance to disclose the PSR until September 26, 2011.

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
ALEX C. LEWIS
Assistant United States Attorney
Missouri State Bar No. 47910
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094
Alex.lewis@usdoj.gov

### CERTIFICATE OF CONFERENCE

I hereby certify that on this 16th day of September 2011, I attempted to conference with William Biggs, counsel for defendant. Mr. Biggs was unavailable for conference.

_____
ALEX C. LEWIS
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon William Biggs, counsel of record for defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure, and served on USPO Colleen Hammons, via hand delivery to USPO, Fort Worth, Texas.

DATED this 16th day of August 2011.

_____
ALEX C. LEWIS
Assistant United States Attorney