ORIGINAL 



FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2011 SEP 23 PM 3:47

CLERK OF COURT

## DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| Plaintiff<br>**United States of America** | Court Case Number<br>4:11-CR-115-A |
|---|---|
| Defendants<br>LOUIS E. GRAY | Type of Process<br>Preliminary Order of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>b.  Western Digital, serial number WMAES3021923 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|---|
| Steve Jumes, AUSA<br>Burnett Plaza, Suite 1700<br>801 Cherry St., Unit #4<br>Ft. Worth, Texas | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available for Service)

**Arrest item b. on the Preliminary Order of Forfeiture, Western Digital, serial number WMAES3021923, by taking into your possession for safe custody pending Final Order of Forfeiture.**

**Asset ID #11-ICE-001485**
**FPF #2011-5501-000639-01**

| Signature of Attorney or other Originator requesting service on behalf of (✓) Plaintiff ( ) Defendant | Telephone No.<br>817-252-5200 | Date<br>09/16/11 |
|---|---|---|
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS | | |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE 9/20/11 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | [ ] A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 9/20/11  TIME OF SERVICE [✓] AM [ ] PM  10:40 |
| | SIGNATURE, TITLE AND TREASURY AGENCY |

REMARKS: **Pursuant to the Preliminary Order of Forfeiture filed on September 13, 2011 regarding the property listed above. The property has been seized and has been in secure custody pending the Final Order of Forfeiture effective July 6, 2011. 09/20/11 DJM**